**Order entered December 29, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00944-CV

**CORINTH INVESTOR HOLDINGS, LLC, Appellant**

**V.**

**MARK BENNETT, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-12135**

## ORDER

We **GRANT** appellant's December 21, 2015 unopposed second motion for an extension

of time to file a reply brief.  Appellant shall file a reply brief by **JANUARY 4, 2016**.


/s/      ELIZABETH LANG-MIERS
JUSTICE